UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 20-cv-60022

IGOR IVANOVICH GRATCHEV,

     Plaintiff,

-vs-

MAXIME IGOROVICH
GRATCHEV,

     Defendant,

_____/

## DEFENDANT'S MOTION TO SHORTEN TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR INSPECTION

**COMES NOW**, Defendant, Maxime I. Gratchev, by and through the undersigned counsel and pursuant to Fed.R.Civ.P. 6, hereby moves this honorable court to shorten the time within which Plaintiff must respond to the Defendant's Request for Inspection of Real Property and permit entry into same, and in support states as follows:

1. Simultaneously herewith, Defendant served upon the Plaintiff's counsel a Request for Inspection of the home located at 18161 SW 25 Street, Miramar, Florida, which is one of the properties subject to this proceeding. See DE-26 at ¶30.

2. Defendant, as the owner of the above property, has been attempting to secure insurance on the home in anticipation of hurricane season, which starts June 1st, 2020. As a condition of same, an inspector must perform a wind and mitigation inspection of the interior and exterior structure of the home.

3. Defendant retained See More Home Inspections, LLC, located at 9175 SW 20 Street, Unit C, Boca Raton, Florida to perform the inspection.

4. Defendant attempted to secure access to the property from the Plaintiff, informally, and noticed Plaintiff's counsel Mr. Beagle, that the inspector would visit the property on Monday, April 20th.[1]  Upon arrival to the property, the inspector was denied access to the property and told that no such inspection would take place.

5. Accordingly, a formal Request for Inspection was served today to allow for a visual inspection and photographing of the interior and exterior of the home. See Exhibit A.

6. Given that hurricane season is set to begin on June 1st, it is respectfully requested that the time allowed for a response in Rule 34, be shortened to five days and that access to the property be granted for the above purpose within fifteen days thereafter.

7. This request is made in good faith and not intended to unduly prejudice any party hereto. In fact, the purchase of insurance is intended to safeguard the property at issue and will preserve and protect the property throughout this litigation.

**WHEREFORE**, the Defendant requests that this motion be, in all respects, granted.

---

[1] Defendant's counsel provided Mr. Beagle with the identity of the inspecting company and also their Florida license information for reference.

MKRS LAW, PL
Attorneys for Defendant,
201 Alhambra Circle, Suite 802
Coral Gables, FL 33134
Tel.    (305) 446-5228
Fax.    (305) 446-7110

By:    */s/ Sergio R. Casiano, Jr.*
       Sergio R. Casiano, Jr.,
       Fla. Bar No.: 457302
       sergioc@mkrs.com

## CERTIFICATE OF SERVICE

I hereby certify that the on 21st day of April, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Southern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Service List

James W. Beagle, Esq.                (*Attorney for Plaintiff*)
James Beagle, P.A.
12 SE 7th Street, Suite 704
Fort Lauderdale, FL 33301
jb@beagleesq.com

By:    */s/ Sergio R. Casiano, Jr.*
       Sergio R. Casiano, Jr.,
       Fla. Bar No.: 457302
       sergioc@mkrs.com

3