UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60022-CIV-SINGHAL/VALLE

IGOR IVANOVICH GRATCHEV,

    Plaintiff,

v.

MAXIME IGOROVICH GRATCHEV,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Shorten Time to Respond to Request for Production (DE [30]). Defendant has attempted to conduct a windstorm mitigation inspection on property that is the subject of this lawsuit for purposes of securing windstorm coverage. When the parties failed to reach any understanding on that issue, the inspection did not proceed. Defendant then served Plaintiff with a Request for Inspection of Real Property (DE [30-1]) on April 21, 2020, and filed the present motion seeking a shortened response date. Hurricane season begins on June 1, and Defendant desires to have insurance in place by that date.[1]

Although the Court may, in its discretion, deny a motion that was filed without a certificate that counsel for the moving party conferred in good faith with counsel for the opposing party, Local Rule 7.1(a)(3), a review of the emails exchanged between counsel prior to the attempted inspection and given Plaintiff's opposition to the present motion,

---

[1] The Court notes that lack of insurance on the home is one of the issues raised by Plaintiff in the original Complaint (DE [1]) and the Amended Complaint (DE [26]).

the Court concludes that a good faith attempt to confer would not have been fruitful. Accordingly, the Court will not deny the Motion for failure to comply with Local Rule 7.1(a)(3).[2]

The Court has reviewed the Motion, Plaintiff's opposition thereto, and all supporting documentation and concludes that a shortened time to respond to the Request for Inspection of Property is warranted. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Shorten Time to Respond to Request for Production (DE [30]) be and the same is **GRANTED.** Plaintiff shall respond in writing to the April 21, 2020, Request for Inspection of Property by **Wednesday, April 29, 2020**. If Plaintiff is amenable to scheduling a windstorm mitigation inspection of the property, the inspection shall take place at a mutually agreeable time prior to May 15, 2020. If the Plaintiff objects to scheduling a windstorm mitigation inspection, counsel for Defendant shall file with the Court a Request for Hearing on the Request for Inspection of Property without need to confer with opposing counsel. Counsel are reminded of their obligation to refrain from *ad hominem* attacks and to proceed with utmost professionalism.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of April 2020.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

---

[2] Counsel are advised that henceforth Local Rule 7(a)(3) will be strictly enforced. In the event counsel are unable to confer, the Court refers specifically to the efforts that must be made in order to establish a good faith attempt to confer, including documentation of the type and time of all efforts made to confer.